RECEIVED JUL 1 0 2020 CLERK, U.S. DISTRICT COURT ANCHORAGE, A.K.

PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District of Alaska |
|---|---|
| Name (under which you were convicted): Edward Joseph, Page | Case No.: 3-ANS-91-7348 |
| Place of Confinement: ALASKA Correctional System | Prisoner No.: 27039 |
| Petitioner (include the name under which you were convicted) Edward Joseph, Page | v. Respondent (authorized person having custody of petitioner) State of ALASKA |

## PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:

   Anchorage, ALASKA Court House

   (b) Criminal docket or case number (if you know): 3-ANS-91-7348

2. (a) Date of the judgment of conviction (if you know):

   (b) Date of sentencing: Re-Sentence 6-30-98

3. Length of sentence: Pronouncement of Sentence reads 40 years, Below say years of 40 years on count #6, to all counts, AND That Is The Bigger count. Judge Andrews says it is 65 years. She is wrong. CONCURRENT (concurrent)

4. In this case, were you convicted on more than one count or of more than one crime?  ☒ Yes  ☐ No

5. Identify all crimes of which you were convicted and sentenced in this case: Burglary count #1 10 years, count #1 is concurrent to count #2. Count #2 is 15 years, count #2 is concurrent to count #1. Counts #1 and #2 are consecutive to all counts. Count #3 is 25 years, count #3 is consecutive to all counts. Count #4 is 10 years concurrent to count #3. Count #4 is 15 years consecutive to all counts. Count #6 is 40 years. Count #6 is 30 years concurrent to ALL counts and 10 years consecutive to all counts.

6. (a) What was your plea? (Check one)

   ☒ (1) Not guilty    ☐ (3) Nolo contendere (no contest)
   ☐ (2) Guilty        ☐ (4) Insanity plea

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?

(c) If you went to trial, what kind of trial did you have? (Check one)

☑ Jury    ☐ Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☑ Yes    ☐ No

8. Did you appeal from the judgment of conviction?

☑ Yes    ☐ No

9. If you did appeal, answer the following:

(a) Name of court: AK. APP. CT

(b) Docket or case number (if you know):

(c) Result: Affermed

(d) Date of result (if you know):

(e) Citation to the case (if you know):

(f) Grounds raised:

(g) Did you seek further review by a higher state court?    ☑ Yes    ☐ No

If yes, answer the following:

(1) Name of court: I Think The AK, Supreme Ct.

(2) Docket or case number (if you know):

(3) Result: Affermed

(4) Date of result (if you know):

(5) Citation to the case (if you know):

(6) Grounds raised:

(h) Did you file a petition for certiorari in the United States Supreme Court? ☐ Yes ☑ No

If yes, answer the following:

(1) Docket or case number (if you know):

(2) Result:

(3) Date of result (if you know):

(4) Citation to the case (if you know):

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court? ☑ Yes ☐ No

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: ~~Anton~~ Anch, AK Superior. CT.

(2) Docket or case number (if you know):

(3) Date of filing (if you know): 2011 - 2014 Dated 1/20/2014 Judge Snxby court ID Anchorage.

(4) Nature of the proceeding: Not Crediting my concurrent sentence.

(5) Grounds raised: "my Concurrent sentence, need to Be credited "Against just the consecutive sentences being credited only Equal Protection Due Process and more Constitutional Rights

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes ☑ No

(7) Result: Denied A: Evidence Hearing Say my word against somebody Elses Thats There Hole Case Say

(8) Date of result (if you know):

(b) If you filed any second petition, application, or motion, give the same information:

    (1) Name of court: AK. APP. CT. Anchorage, AK

    (2) Docket or case number (if you know):

    (3) Date of filing (if you know):

    (4) Nature of the proceeding: APP. TU Appeals CT AK

    (5) Grounds raised: Doc/State is not counting/crediting concurrent sentences. They only wanted to credite the consecutive portions of my case with in two comes against the Pronouncement of Judgement on counts 1-6. I wanted my ATT Ben Muse to go back up to the AK. APP. CT. But He He Refused to. He told me that I had to Re File, I said Appeal this He stated NO.

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

    ☐ Yes  ☑ No

    (7) Result:

    (8) Date of result (if you know):

(c) If you filed any third petition, application, or motion, give the same information:

    (1) Name of court:

    (2) Docket or case number (if you know):

    (3) Date of filing (if you know):

    (4) Nature of the proceeding:

    (5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes  ☑ No

(7) Result:

(8) Date of result (if you know):

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:   ☑ Yes   ☐ No
(2) Second petition:  ☑ Yes   ☐ No
(3) Third petition:   ☑ Yes   ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

GROUND ONE: Illegal sentence, wich is still Illegal.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): (Concurrent Sentence Claim) The Sentence is 40 years not 65 years. After I was given The Sentence on The Last Count #6 40 years, and 30 years of That count is Concurrent to ALL Counts, and Thats (3 years) and (4 months) more Than 2/3 of 40 years. 2/3 of (40 years) is (26.8 years months) as we can see clearly, As we can see The Time To Do on 40 years is 26 years and 8 months (all charges under The 40 years count #6 are 25 years or Less. Count #6 covers All Counts. The Sentence She The Judge Imposed on my is 40 year Read ~~~~~~~~~~~~ in To Record

(b) If you did not exhaust your state remedies on Ground One, explain why: I Have argued in All State Courts That my Sentence is Illegal.

(c) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☑ Yes ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: 35.1

Name and location of the court where the motion or petition was filed: Anchorage, AK Superior Court in the City of Anchorage

Docket or case number (if you know): Trial Case No. 3AN-15-10628 CI, Ct.App.AK No. 12825

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition? ☑ Yes ☐ No

(4) Did you appeal from the denial of your motion or petition? ☑ Yes ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☑ Yes ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: AK App. Ct.

Docket or case number (if you know): AK. App. Ct. No. 12825

Date of the court's decision: 2.5.2020

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: 35.1 ALL DOC Jail remedies/Administrative at This Jail G.C.C.C.. I ALSO argued Concurrent Time. From 2011-2014 Before Judge Saxby. My ATT at The Time was Ben Muse at The AK. Public Defenders Agency. He Would NOT Appeal my argument Right After 1/29/2014 He Told me To Re-File. So I Did in 2015

GROUND TWO: Due Diligence

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.) All of Count #6 (Concurrent Time Has To Be Credited)

I Have Tried My Best To argue The CONcurrent Time IN This sentence Since 2011-2014, Then Re-Filed By Direction of Ben Muse-ATT. He Told me That He would NOT APPeal And That I Had To Re-File. I Told Ben Muse That I would Re-File Right away, And I Did in 2015 And Here We are in 2020 arguing The CONcurrent Time To You All. I Have Been Due Diligent. I Do Not Know Law. I AM NOT AN ATTORNEY. Ben muse Told me He would NOT APPeal The Decision Dated 1-29-14 I Told Ben To Appeal The Decision He Refused To Appeal The Decision Dated 1-29-14. He Told me To File again So I Did Right Away as You can See I Am not an Attorney, I Don't Know Law. The Judge Changed The 1-29-14 order at The Direction of Ben Muse. The order originally Did NOT State 65 Year Composite Sentence. That was written In The Following Day. (I DID NOT ASK Ben Muse TO DO That, I Would Not Do That, EVER

(b) If you did not exhaust your state remedies on Ground Two, explain why:

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☑ Yes ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court? ☑ Yes ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: P.C.R-35.1

Name and location of the court where the motion or petition was filed: Anchorage, AK Anchorage Court House

Docket or case number (if you know): 3AN91-07348CR — Decided on 1-29-14
Also - 3AN-15-10628 CI  Decided on / /

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

ON 3-AN-91-7433CR I Did NOT Appeal Superior CT AK But I Did Re-File Per Se By Att Bu mux Public Defender of AK Refused to Appeal

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☐ No

(4) Did you appeal from the denial of your motion or petition? 3AN-15-10628CI ☑ Yes ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☑ Yes ☐ No

(6) If your answer to Question (d)(4) is "Yes," state: I Have Filed and Been Due Diligent All Along I Believe In My Case To Fight By All The Way Law Will Prevail

Name and location of the court where the appeal was filed: Anchorage AK Anchorage CT House

Docket or case number (if you know): 3AN-15-10628CI

Date of the court's decision: 1/29/14

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

~~[struck through]~~

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two "Just What I Have Been Talking about All a Long so Far"

**GROUND THREE:** 'Clarify'

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

The Trial Court Cannot "Clarify" An Ambigous Sentence By Resolving the Ambiguity Agenst a Defendent. Case No. 3AN-15-10628CI Reply Brief of Appellant CT. APP. NO. A-12825 Edward Joseph. Page v. State of ALASKA Page #1 And shown on Table of Contents

(b) If you did not exhaust your state remedies on Ground Three, explain why:

When I filed the paper in court I kept stating that DOC was/is incorrectly calculating the concurrent and consecutive portions of the sentence.

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☑ Yes ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

It's very very important, this shows the truth

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes ☐ No

(2) If your answer to Question (d)(1) is "Yes," state: It is very important, this shows the truth. Read page #2 in Reply Brief of Appellant Case #A-12825

Type of motion or petition: PCR 35.1  Filed 4th day of October, 2018

Name and location of the court where the motion or petition was filed:
Anch, CT Superior, AK. App. CT. AK. Supreme CT.

Docket or case number (if you know): Trial case No 3AN-15-10628CI · Court of appeals 12825 Supreme CT. AK Case No,

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition? ☑ Yes ☐ No
(4) Did you appeal from the denial of your motion or petition? ☑ Yes ☐ No
(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☑ Yes ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: Anchorage, AK APP. CT. AK.

Docket or case number (if you know): APP. CT. AK Case No. A-12825

Date of the court's decision: 2·5·2020

Result (attach a copy of the court's opinion or order, if available): Result of appeal went against me This was never corrected whatso ever

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: Supreme ct. of AK No 17736 DoC procedures all of them 2-13-2020 Cop outs Grivences Both of them Then I filed with the AK courts

**GROUND FOUR:** Waive and Waiver

~~is past~~ (a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): Latest Remarks Clear However Page Did Not ~~waive~~ Waive His argument That The sentence was Less Then 65 years To Serve and The State Did Not argue Waiver IN The Appeal [AR. Bn 6-9] Never IN My Life Have I Ever waived, Never Ever ever ever. "Page maintained His objection To DoC's calculation of his Sentence."

(b) If you did not exhaust your state remedies on Ground Four, explain why:

(c) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☐ Yes ☑ No

(2) If you did not raise this issue in your direct appeal, explain why: On Petition For Rehearing Trial case No. 3AN-15-10628CI = Ct. App No. A-12825 Attorney Brings This up on Page #5 I Don't Know Law But Laurence Blakely Does she pointed It out.

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court? ☑ Yes ☑ No

(2) If your answer to Question (d)(1) is "Yes," state: PCR 35a Filed in Petition For Hearing 8AN
Type of motion or petition: I Did Not Say Waive or Waiver I would never do That

Please I Really Kneed A Attorney To Help ME Fill This out Properly

Name and location of the court where the motion or petition was filed: Petition For Hearing To The AK. Supreme Court When speaking about waive or waiver Ground Four As we can see through all paper work That pertains to This case I did Not waive my argument That my Sentence was LESS Than 65 years To Serve. Page #5 of Supreme CT. AK Petition For Hearing

Docket or case number (if you know): Supreme. CT. AK No. 17726

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available): yes

(3) Did you receive a hearing on your motion or petition? ☑ Yes ☐ No

(4) Did you appeal from the denial of your motion or petition? I Am Now, To you ☐ Yes ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes ☑ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: The question of waiver was never Brought Brought up in The Superior CT of AK in Anchorage

Docket or case number (if you know): Appeals CT of AK A-12825 Supreme CT. AK No. 17726

Date of the court's decision: 2/13/2020

Result (attach a copy of the court's opinion or order, if available): Ruled against Me

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: It was Never Brought up and I would Not have Known what waiver waiver ment Plus I am Not An Attorney By no means But I would Never waive, Know That I Know about it I would Never waive

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: I Never in any Court or Court paper work Stated That I waived my argument That my Sentence was Less Than 65 years To Serve in Any I would Never to waive what So Eever.

13. Please answer these additional questions about the petition you are filing:

    (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction? ☑ Yes ☐ No

    If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them:

    (b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

    No

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition? ☐ Yes ☑ No

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. NA

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging? ☐ Yes ☑ No

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging: Lawrance Blakley (907) 334-4400 In This Case

    (a) At preliminary hearing:

    (b) At arraignment and plea: mike Dienl

    (c) At trial: ~~mr Dienl~~ mike Dienl; Public Defenders

    (d) At sentencing:

    (e) On appeal: Lawrance Blakley (907) 334-4400 In This Case

    (f) In any post-conviction proceeding: Ben Muse Public Defenders Lawrance Blakley Public Defender

    (g) On appeal from any ruling against you in a post-conviction proceeding: Lawrance Blakley Public Defender

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?　☐ Yes　☒ No

    (a) If so, give name and location of court that imposed the other sentence you will serve in the future:

    (b) Give the date the other sentence was imposed:

    (c) Give the length of the other sentence:

    (d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?　☒ Yes　☐ No
    IF I Have to Appeal This    I Also Have A Ineffection case in App. Ct, AK Right Now

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

Due Diligent, my Knolage Evolved over Time as non attorney, Being Finely Told The Truth For a Change. Illegal Sentence violation of Constitutional Rights 4, 5, and more Amendment violation. I really Kneed an Attorney To Help Me Fix This out.

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

    (A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

    (B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

    (C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

    (D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

(2)　The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: As Follows Count#6 is concurrent to every Thing, concurrent to all Count's Count#6 is for Count#6 to Be the controlling count And that All Counts Follow under-Count#6 And my Release date to Be 9/ /2020

or any other relief to which petitioner may be entitled.

_Edward Joseph Bagle_
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on  7-8-2020  (month, date, year).

Executed (signed) on  7-8-2020  (date).

_Edward Joseph Bagle_
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

Edward Joseph Page #22039
Goose Creek Correctional Center #31
22301 West Alsop Rd
Wasilla, Alaska 99623

U.S District Court
222 West 7th Avenue #4
Anchorage, Alaska
99513

